CO-PROB12C
(Revised 5/14-D/CO)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S.A. VS. GILBERT WAYNE WILES                              DKT. NO. 1:17CR00117-1

## SUPERSEDING PETITION DUE TO VIOLATIONS OF SUPERVISION

COMES NOW, Lori Cross, United States Probation Officer, presenting an official report upon the conduct and attitude of defendant Gilbert Wayne Wiles Jr., who was placed on supervision by the Honorable Alan B. Johnson, sitting in the United States District Court in Cheyenne, Wyoming, on June 24, 2016. The defendant was sentenced to 36 months' probation for an offense of Operating an Unregistered Aircraft and Aiding and Abetting in violation of 49 U.S.C. § 46306(b)(6)(A) and 18 U.S.C. § 2. Supervision commenced on June 24, 2016, and jurisdiction of the case was transferred from the District of Wyoming to the District of Colorado on April 17, 2017 [Document 1]. The term of probation is set to expire on June 23, 2019. As noted in the judgment [Document 1-1], the Court ordered mandatory, special and standard conditions of supervision. The probation officer alleges the defendant has violated the following terms and conditions of probation as set forth herein.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF THE COURT DUE TO CAUSE AS FOLLOWS:**

**VIOLATION(S) ALLEGED:**

**1. POSSESSION AND USE OF A CONTROLLED SUBSTANCE**

On or about July 12, 2016, the defendant used or administered a controlled substance, cocaine, which had not been prescribed for him by a physician. This constitutes a Grade C violation of probation.

On or about July 12, 2016, the defendant submitted a drug test at Independence House North that returned positive for cocaine use. The positive drug test was addressed with the defendant and he signed a denial form, indicating that he had not used cocaine. The aforementioned drug test was thereafter confirmed positive by Alere Toxicology Services.

**2. POSSESSION AND USE OF A CONTROLLED SUBSTANCE**

On or about September 21, 2016, the defendant used or administered a controlled substance, cocaine, which had not been prescribed for him by a physician. This constitutes a Grade C violation of probation.

On or about September 21, 2016, the defendant submitted a drug test at Independence House North that returned positive for cocaine use. The positive drug test was addressed with the defendant and he signed a denial form, indicating that he had not

Case 1:17-cr-00117-RM   Document 25   Filed 07/18/17   USDC Colorado   Page 2 of 4

| Gilbert Wayne Wiles | Superseding Petition Due to Violations of Supervision | July 18, 2017 |
|---|---|---|
| 1:17CR00117 | Page 2 | |

used cocaine.  The aforementioned drug test was thereafter confirmed positive by Alere Toxicology Services.

### 3.  POSSESSION AND USE OF A CONTROLLED SUBSTANCE

On or about October 4, 2016, the defendant used or administered a controlled substance, cocaine, which had not been prescribed for him by a physician.  This constitutes a Grade C violation of probation.

On or about October 4, 2016, the defendant submitted a drug test at the Probation Office that returned positive for cocaine use.  The positive drug test was addressed with the defendant and he signed a denial form, indicating that he had not used cocaine.  The aforementioned drug test was thereafter confirmed positive by Alere Toxicology Services.

### 4.  POSSESSION AND USE OF A CONTROLLED SUBSTANCE

On or about March 21, 2017, the defendant used or administered a controlled substance, cocaine, which had not been prescribed for him by a physician.  This constitutes a Grade C violation of probation.

On or about March 21, 2017, the defendant submitted a drug test at Independence House North that returned positive for cocaine use.  The positive drug test was addressed with the defendant and he signed a denial form, indicating that he had not used cocaine.  The aforementioned drug test was thereafter confirmed positive by Alere Toxicology Services.

### 5.  POSSESSION AND USE OF A CONTROLLED SUBSTANCE

On or about March 28, 2017, the defendant used or administered a controlled substance, marijuana, which had not been prescribed for him by a physician.  This constitutes a Grade C violation of probation.

On or about March 28, 2017, the defendant submitted a drug test at Independence House North that returned positive for marijuana use.  The positive drug test was addressed with the defendant and he signed a denial form indicating that he had not used marijuana.  The aforementioned drug test was thereafter confirmed by Alere Toxicology Services.

### 6.  POSSESSION AND USE OF A CONTROLLED SUBSTANCE

On or about April 6, 2017, the defendant used or administered a controlled substance, cocaine, which had not been prescribed for him by a physician.  This constitutes a Grade C violation of probation.

Case 1:17-cr-00117-RM   Document 25   Filed 07/18/17   USDC Colorado   Page 3 of 4

| | | |
|---|---|---|
| Gilbert Wayne Wiles<br>1:17CR00117 | Superseding Petition Due to Violations of Supervision<br>Page 3 | July 18, 2017 |

On or about April 6, 2017, the defendant submitted a drug test at Independence House North that returned presumptive positive for cocaine use.  The positive drug test has not been addressed with the defendant and confirmation results from Alere Toxicology Services are pending.

## 7.  FAILURE TO SATISFY OUTSTANDING WARRANTS

The defendant failed to satisfy his outstanding warrants in Greenfield, Indiana, and Columbus, Ohio, within the first six months of his probation term.  This constitutes a Grade C violation of probation.

The defendant has failed to satisfy his outstanding warrants in Greenfield, Indiana, and Columbus, Ohio, despite the prompting and directives from the probation officer to do so.

## 8.  FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TESTING AS DIRECTED BY THE PROBATION OFFICER

The defendant failed to provide urine samples at Independence House North, the testing and treatment program in which the probation officer directed him to participate, on January 5, January 14, and February 12, 2017.  This constitutes a Grade C violation of probation.

On January 5, January 14, and February 12, 2017, the defendant failed to report to Independence House North for drug testing. The Probation Officer addressed the missed drug tests with the defendant after each occurrence.

## 9.  FAILURE TO PARTICIPATE IN SUBSTANCE ABUSE TREATMENT AS DIRECTED BY THE PROBATION OFFICER

The defendant failed to keep counseling appointments at Independence House North, the treatment program in which the probation officer directed him to participate, on September 7, September 22, and December 28, 2016, and April 3, April 17, and April 19, 2017.  This constitutes a Grade C violation of probation.

The defendant failed to report for his scheduled individual substance abuse treatment sessions at Independence House North on September 7, September 22, and December 28, 2016, and April 19, 2017.  Additionally, he failed to report for his scheduled substance abuse group treatment sessions at Independence House North on April 3, and April 17, 2017.  The Probation Office addressed the aforementioned missed treatment sessions with the defendant after each occurrence.

## RESPECTFULLY REQUESTING

That this superseding petition replace the previously submitted petition [Document 2] and that the Court consider revocation of supervision at the violation hearing based on the superseding petition.

I DECLARE under penalty of perjury that the foregoing is true and correct.

*s/ Lori Cross*
Lori Cross
United States Probation Officer
Place:   Denver
Date:    July 18, 2017

*s/ Garret Pfalmer*
Garret C. Pfalmer
Supervising United States Probation Officer
Place:   Denver
Date:    July 18, 2017

**PRELIMINARY ADVISORY REVOCATION GUIDELINE CALCULATION:**

The defendant was originally convicted of a Class E felony, and was thereafter sentenced to a 36-month term of probation. Thus, upon revocation, the defendant is subject to the maximum term of imprisonment that was available at the time of sentencing for the statute of conviction. Therefore, the maximum term of imprisonment available in this matter is 3 years' imprisonment, pursuant to 18 U.S.C. § 3565. Based upon Chapter 7 of the U.S. Sentencing Guidelines, the most serious conduct alleged as a violation of supervision is considered a Grade C violation. The defendant's criminal history is a Category I, thus the advisory guideline range for revocation is 3 to 9 months.